JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ANIL THAKUR,

        Petitioner,

        v.

FERETI SEMAIA, et al.,

        Respondents.

Case No. 5:26-cv-01722-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

DATE: __04/15/2026__   _____

HON. MICHAEL B. KAUFMAN
U.S. MAGISTRATE JUDGE